JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOEWRELL LENOIR DURHAM,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES, et al.,<br><br>Respondent. | Case No. CV 20-9517-SVW (KK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action With Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: March 15, 2021

HONORABLE STEPHEN V. WILSON
United States District Judge